# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BRADLEY JOSEPH BROWN** | **CASE NO. 6:20-CV-01692-SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DARRELL VANNOY, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 13. After an independent review of the record, including the Petitioner's objection, as well as the applicable law, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Petition for a Writ of Habeas Corpus, Rec. Doc. 3, is **DENIED**, and this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of April, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE